PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

Name of Individual Under Supervision: Jonathan Cabrera       Cr.: 19-00815-001
                                                              PACTS #: 6194990

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/08/2021

Original Offense:    Count One: Conspire to Commit Wire Fraud 18 U.S.C. § 1349, a Class C Felony

Original Sentence: 9 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution ($595,735.80), New Debt Restrictions, Financial Disclosure, Motor Vehicle Compliance

Type of Supervision: Supervised Release       Date Supervision Commenced: 08/26/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Cabrera violated the following mandatory condition of supervised release: |

**"While on supervised release, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the mandatory and standard conditions that have been adopted by this court as set forth below."**

On September 23rd, 2022, Mr. Cabrera submitted a urinalysis during an office contact visit that tested positive for marijuana. After results were revealed, Mr. Cabrera admitted to knowingly consuming an edible that contained marijuana. Mr. Cabrera signed an admission of drug use form.

U.S. Probation Officer Action:

Mr. Cabrera was verbally reprimanded for his drug use and reminded, although marijuana is legal on the state level it has not be legalized federally and as a result, he will not be able to use marijuana. Mr. Cabrera stated it will not happen again, and he used because he was celebrating his return to his family. Pro-social alternatives for future celebrations were explored and discussed. The U.S. Probation Office will continue to monitor Cabrera and notify the Court of any additional non-compliance. We are respectfully requesting no Court action be taken and allow this notice serve as a written reprimand from the Court.

Prob 12A – page 2
Jonathan Cabrera

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

*Elisa Martinez*          09/28/22

ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

9/28/2022
Date